UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN REYES et al.,

        Plaintiffs,              Case No. 1:11-cv-1283

v.                                    Honorable Paul L. Maloney

KENNETH T. McKEE et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiffs' action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c) for failure to state a claim and/or because Defendants are entitled to qualified immunity.


Dated:   March 5, 2012                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge